No. 365, Misc.   ANDREWS *v.* SIMPSON, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 369, Misc.   BOSLEY *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   *John Cutler* for petitioner.

No. 370, Misc.   NELSON *v.* DARLING SHOP OF BIRMINGHAM, INC., ET AL.   Sup. Ct. Ala.   Certiorari denied. *W. H. Collier* for petitioner.

No. 371, Misc.   ALLISON *v.* NELSON, WARDEN, ET AL. Sup. Ct. Cal.   Certiorari denied.

No. 372, Misc.   LEE *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 374, Misc.   O'NEILL *v.* BURKE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 376, Misc.   SADDLER ET UX. *v.* SAFEWAY STORES, INC.   C. A. D. C. Cir.   Certiorari denied.   *King David* for petitioners.

No. 377, Misc.   JACKSON *v.* OLIVER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 380, Misc.   BARQUERA *v.* CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 383, Misc.   MOORE *v.* RODRIGUEZ, ACTING WARDEN. C. A. 10th Cir.   Certiorari denied.